THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANZIE F. COLACO,<br><br>Defendant. | CASE NO. CR10-0328-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The trial date of June 30, 2014, in this matter is VACATED. Trial is rescheduled for July 2, 2014 at 9:30 a.m.

DATED this 21st day of May 2014.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER, CR10-0328-JCC
PAGE - 1